# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 11-15(1) (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Teresa Lynn Hill, a/k/a Teresa Lynn Drift-Hill, | |
| Defendant. | |

Deidre Y. Aanstad and Karen B. Schommer, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

Katherian D. Roe, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

The above matter comes before the Court upon the March 31, 2011 Report and Recommendation of United States Magistrate Leo I. Brisbois. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of Magistrate Judge Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [20]) is **DENIED**.

Dated:  April 19, 2011        s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge